

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Samuel Moses Williams, Appellant | Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1424394). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating. |
| No. 06-15-00088-CR      v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Samuel Moses Williams, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED NOVEMBER 19, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk